[Civ. No. 13734.   Second Dist., Div. Two.   June 24, 1942.]

DOROTHY DEAN HIGGINS et al., Appellants, v. P. H. GREER CO., INC. (a Corporation), Respondent.

Benjamin Elconin for Appellants.

W. I. Gilbert, Jr., for Respondent.

THE COURT—The respondent having served and filed his motion to dismiss the appeal in the above entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by Rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by said certificate and by the authorities cited,

It is ordered that this appeal be, and the same hereby is, dismissed.